UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YVONNE RYAN,

        Plaintiff(s),

CASE NUMBER: 08-13453

HONORABLE SEAN F. COX

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On August 5, 2009, Magistrate Judge Mark A. Randon submitted a Report and Recommendation **[Doc. 17]** recommending that the Court grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, DENIES Plaintiff's Motion for Summary Judgment, GRANTS Defendant's Motion for Summary Judgment and DISMISSES plaintiff's complaint with prejudice.

      **IT IS SO ORDERED.**

                                        S/Sean F. Cox
                                        Sean F. Cox
                                        United States District Judge

Dated: September 8, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 8, 2009, by electronic and/or ordinary mail.

                                        S/Jennifer Hernandez
                                        Case Manager